U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jul 24 - 2025
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.    5:25-CR-304 (ECC) |
| ) | |
| v.    ) | **Indictment** |
| ) | |
| **JERRY P. GORDON,**    ) | Violations:    18 U.S.C. § 875(c) |
| ) | [Interstate Threatening |
| ) | Communications] |
| ) | |
| ) | 4 Counts |
| ) | |
| **Defendant.**    ) | County of Offense:    Cayuga |

## THE GRAND JURY CHARGES:

### COUNTS 1-4
### [Interstate Threatening Communications]

On or about the following dates, in Cayuga County in the Northern District of New York, and elsewhere, the defendant, **JERRY P. GORDON**, did knowingly transmit in interstate and foreign commerce communications containing threats to injure the person of another, knowing that, and in reckless disregard of the fact that, the communications would be perceived as a threat and for the purpose of issuing a threat, in that the defendant sent the following text messages transmitted over servers located outside of the State of New York to Victim 1, an individual whose identity is known to the Grand Jury and who was then in the State of New York, each message containing a threat to injure Victim 1 and constituting a separate Count:

| Count | Date of Message | Content |
|---|---|---|
| 1 | 4/22/25 | Your life is in danger. Please have your legal paperwork and other documentation wrapped up and prepared by 5:00pm EST, Friday April 25, 2025 |
| 2 | 4/23/25 | I will ensure you look into my eyes before the final act….that is howe it is most appealing to me…there is something about when the spark leaves the eyes and then they fog out and glaze over and go dark.  There is a short moment that it can be seen.  It's beautiful. |

| 3 | 4/24/25 | Just a reminder to please take care of any necessary paperwork and have it wrapped up by the end of tomorrow. I have a packed schedule with several of you to visit. However, I am prioritizing our interaction first....because you are so special. Plus this way if it gets to be too much fun with law enforcement...I want to make sure at least you have been taken care of. |
| 4 | 4/25/25 | Hey Fur Face, I just let Cayuga County Sheriff Brian Schenck know that I am going to drink your blood from the chalice that I will make out of your heart. I told him I would let him know where your body will be located as I have no use for it...unless I had a little ketchup or A1 sauce. |

All in violation of Title 18, United States Code, Section 875(c).

Dated:   July 24, 2025

A TRUE BILL,

████████████████

Grand Jury Foreperson

\*\* Grand Jury Foreperson Name Redacted \*\*

JOHN A. SARCONE III
Acting United States Attorney

By:   *[signature]*
Geofffey L.L. Brown
Assistant United States Attorney
Bar Roll No. 513495